No. 73–492. KUNSTSAMMLUNGEN ZU WEIMAR v. FEDERAL REPUBLIC OF GERMANY ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 73–5508. BEGUN v. WARDEN, MCNEIL ISLAND PENITENTIARY, ET AL.;

No. 73–5564. LODDY v. WYOMING;

No. 73–5582. BOWLING v. COX, WARDEN;

No. 73–5627. MORTON v. WYOMING;

No. 73–5630. FOXWORTH v. PROCUNIER, CORRECTIONS DIRECTOR, ET AL.;

No. 73–5633. AMMONS v. UNITED STATES;

No. 73–5645. HOWARD v. NEVADA ET AL.;

No. 73–5656. OAKS v. WAINWRIGHT, CORRECTIONS DIRECTOR;

No. 73–5668. DORROUGH v. HENDERSON, WARDEN; and

No. 73–5674. MORRIS v. SUPERIOR COURT OF ALAMEDA COUNTY, CALIFORNIA, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 72–6994. OAKS v. SUPREME COURT OF FLORIDA ET AL.;

No. 73–5106. NEELEY v. HAYNSWORTH, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL.; and

No. 73–5473. DELESPINE v. BATES, JUDGE. Motions for leave to file petitions for writs of mandamus denied.

No. 73–508. PFOTZER ET AL., DBA E. & E. J. PFOTZER v. NEWMAN, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus and/or prohibition denied.